IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JOSE CASTANEDA,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>　　　　　　　　Defendant. | **MEMORANDUM DECISION AND ORDER ADOPTING REPORT & RECOMMENDATION**<br><br>Case No. 2:13-cv-00338-DN-DBP<br><br>District Judge David Nuffer<br><br>Magistrate Judge Dustin B. Pead |

Magistrate Judge Dustin B. Pead's Report and Recommendation[1] under 28 U.S.C. § 636(b)(1)(B) recommends that this court affirm the Commissioner's decision denying Plaintiff Jose Castaneda's claim for social security disability benefits. No objections were filed.

After review of all relevant materials de novo the Report and Recommendation is ADOPTED in its entirety, and the Commissioner's decision is **AFFIRMED**. The Clerk shall close the case.

Signed September 3, 2014.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　David Nuffer
　　　　　　　　　　　　　　　　United States District Judge

---

[1] Docket no. 28, filed August 7, 2014.